# Third District Court of Appeal

## State of Florida

Opinion filed September 24, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2161
Lower Tribunal No. F24-2249
_____


**The State of Florida,**
Appellant,

vs.

**Alfred Eddie,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

James Uthmeier, Attorney General, and Katryna Santa Cruz, Assistant Attorney General, for appellant.

Eugene F. Zenobi, Office of Criminal Conflict and Civil Regional Counsel, Third Region, and Kristen Kawass, Assistant Regional Counsel, for appellee.


Before SCALES, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. See Florida v. Royer, 460 U.S. 491, 500 (1983) ("The predicate permitting seizures on suspicion short of probable cause is that law enforcement interests warrant a limited intrusion on the personal security of the suspect. The scope of the intrusion permitted will vary to some extent with the particular facts and circumstances of each case. This much, however, is clear: an investigative detention must be temporary and last no longer than is necessary to effectuate the purpose of the stop."); Sheppard v. State, 404 So. 3d 590, 594 (Fla. 3d DCA 2025) (holding that mere possession of a concealed weapon does not constitute criminal activity and, therefore, cannot be the basis for an investigatory stop).